| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Castle-Rose, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-3543315** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**870 Woodpecker Dr.**<br>**Kelso, WA**<br><div align="right">ZIP Code<br>**98626**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cowlitz** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Castle-Rose, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Castle-Rose, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Richard S. Ross WSB No.**
Signature of Attorney for Debtor(s)

**Richard S. Ross WSB No. 21883**
Printed Name of Attorney for Debtor(s)

**Law Office of Richard S. Ross**
Firm Name

**1610 Columbia St.**
**Vancouver, WA 98660**

_____
Address

**(360) 699-1400**
Telephone Number

**October 21, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Andrew Masters**
Signature of Authorized Individual

**Andrew Masters**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 21, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Washington

In re   **Castle-Rose, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Anderson Environmental**<br>**705 Colorado St.**<br>**Kelso, WA 98626** | **Steve Anderson**<br>**Anderson Environmental**<br>**705 Colorado St.**<br>**Kelso, WA 98626**<br>**360-577-9194** | **Services** | | **115,199.00** |
| **Burke Electric**<br>**13563 SE 27th Pl.**<br>**Bellevue, WA 98005** | **Burke Electric**<br>**13563 SE 27th Pl.**<br>**Bellevue, WA 98005**<br>**425-644-0351** | **Services** | | **91,189.00** |
| **Busack Electric**<br>**PO Box 1579**<br>**Kelso, WA 98626** | **Andy Busack**<br>**Busack Electric**<br>**PO Box 1579**<br>**Kelso, WA 98626**<br>**360-414-0144** | **Services** | | **13,152.00** |
| **Chase Visa**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | **Chase Visa**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014**<br>**800-945-2028** | **Credit Charges** | | **12,214.00** |
| **Edwards Mechanical &**<br>**Welding**<br>**1024 University St.**<br>**Walla Walla, WA 99362** | **Edwards Mechanical & Welding**<br>**1024 University St.**<br>**Walla Walla, WA 99362**<br>**509-526-6990** | **Services** | **Disputed** | **16,429.00** |
| **Hertz Equipment Rental**<br>**PO Box 650280**<br>**Dallas, TX 75265** | **Hertz Equipment Rental**<br>**PO Box 650280**<br>**Dallas, TX 75265**<br>**509-535-4261** | **Charges** | | **31,282.00** |
| **IRS Special Procedures**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **IRS Special Procedures**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**800-973-0424** | **Income Tax** | | **19,963.00** |
| **Meier Architecture**<br>**Engineering**<br>**8697 W Gage Blvd.**<br>**Kennewick, WA 99336** | **Meier Architecture Engineering**<br>**8697 W Gage Blvd.**<br>**Kennewick, WA 99336**<br>**509-735-1589** | **Services** | | **30,713.00** |

In re  **Castle-Rose, Inc.**                                         Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Money Tree**<br>**923 Ocean Beach Hwy.**<br>**Longview, WA 98632** | **Money Tree**<br>**923 Ocean Beach Hwy.**<br>**Longview, WA 98632**<br>**360-578-9400** | Loan | | **10,000.00** |
| **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173** | **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173**<br>**847-273-1210** | Bond Claim | | **26,000.00** |
| **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173** | **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173**<br>**847-273-1210** | Bond Claim | | **46,438.00** |
| **Northwest Inspection Services**<br>**615 N Kellogg St.**<br>**Kennewick, WA 99336** | **Northwest Inspection Services**<br>**615 N Kellogg St.**<br>**Kennewick, WA 99336**<br>**509-783-2308** | Services | | **7,260.00** |
| **NVL Laboratories**<br>**4708 Aurora Ave. N**<br>**Seattle, WA 98103** | **Amy Funchess, Attorney**<br>**NVL Laboratories**<br>**4708 Aurora Ave. N**<br>**Seattle, WA 98103**<br>**206-283-9290** | Judgment | | **12,462.00** |
| **Pinnell-Busch, Inc.**<br>**6420 SW Macadam Ave. #3**<br>**Portland, OR 97239** | **Pinnell-Busch, Inc.**<br>**6420 SW Macadam Ave. #3**<br>**Portland, OR 97239**<br>**503-293-6280** | Services | | **7,936.00** |
| **Saybr Contractors**<br>**3852 S 66th St.**<br>**Tacoma, WA 98409** | **Zachary Tomlinson, Attorney**<br>**Saybr Contractors**<br>**3852 S 66th St.**<br>**Tacoma, WA 98409**<br>**206-245-1700** | Judgment | | **262,420.00** |
| **SME Solutions, LLC**<br>**2302 A St.**<br>**Tacoma, WA 98402** | **SME Solutions, LLC**<br>**2302 A St.**<br>**Tacoma, WA 98402**<br>**253-572-3822** | Services | | **64,786.00** |
| **Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | **Natalie Kamahaku**<br>**Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384**<br>**503-256-5215** | Charges | | **10,279.00** |
| **TESSCO Inc.**<br>**11126 McCormick Rd.**<br>**Hunt Valley, MD 21031-1491** | **TESSCO Inc.**<br>**11126 McCormick Rd.**<br>**Hunt Valley, MD 21031-1491**<br>**410-229-1395** | Services | | **6,686.00** |
| **Viewpoint Construction Software**<br>**Dept. 2617**<br>**PO Box 122617**<br>**Dallas, TX 75312-2617** | **Viewpoint Construction Software**<br>**Dept. 2617**<br>**PO Box 122617**<br>**Dallas, TX 75312-2617**<br>**971-255-4800** | Services | | **8,386.00** |

In re   **Castle-Rose, Inc.**                                          Case No.  _____

<div align="center">Debtor(s)</div>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Windermere & Assoc.**<br>**209 W Main St. #200**<br>**Kelso, WA 98626** | **Paul Young**<br>**Windermere & Assoc.**<br>**209 W Main St. #200**<br>**Kelso, WA 98626**<br>**360-575-6691** | **Lease Deficiency** | | **8,445.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **October 21, 2014**                      Signature    **/s/ Andrew Masters**

                                                        **Andrew Masters**
                                                        **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
<div align="center">18 U.S.C. §§  152 and 3571.</div>

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Castle-Rose, Inc.**                            ,      Case No. _____

                                  Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 501,595.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 156,968.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 24,419.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 870,228.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 501,595.00 | | |
| Total Liabilities | | | | 1,051,615.00 | |

# United States Bankruptcy Court
## Western District of Washington

In re    **Castle-Rose, Inc.**                              ,      Case No. _____

                                                        Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Castle-Rose, Inc.**                     Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
|  | (Report also on Summary of Schedules) | |

 **0**    continuation sheets attached to the Schedule of Real Property

In re **Castle-Rose, Inc.** , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fibre Federal Credit Union Checking #1688 Andrew and Ella Masters are co-signers on this account.** | - | 11,192.00 |
| | | **Fibre Federal Credit Union Savings #1688 Andrew and Ella Masters are co-signers on this account.** | - | 5.00 |
| | | **Columbia Bank Checking #0080 Andrew and Ella Masters are co-signers on this account.** | - | 0.00 |
| | | **Fibre Federal Credit Union Checking #6355-90 Account is held by Andrew and Ella Masters, but is used for business.** | - | 2,603.00 |
| | | **Fibre Federal Credit Union Savings #6355-00 Account is held by Andrew and Ella Masters, but is used for business.** | - | 12.00 |
| | | **Fibre Federal Credit Union Savings #6355-02 Account is held by Andrew and Ella Masters, but is used for business.** | - | 8,002.00 |
| | | **Fibre Federal Credit Union Savings #6355-03 Account is held by Andrew and Ella Masters, but is used for business.** | - | 1.00 |
| | | **Fibre Federal Credit Union Savings #6355-04 Account is held by Andrew and Ella Masters, but is used for business.** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total > 21,815.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re  **Castle-Rose, Inc.** _____,  Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 23,660.00 |

Sub-Total >        23,660.00
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

In re **Castle-Rose, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Equitable Adjustment Request to United States Army Corps of Engineers** | - | 382,707.00 |
| | | **Shareholder Loan (Andrew and Ella Masters)** | - | 22,894.00 |
| | | **Shareholder Loan (Jason and Kimberlee Smith)** | - | 36,869.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F350** **Market value $17,000.00. Loan balance $18,562.00. Vehicle and loan are solely in the names of Andrew and Ella Masters, but vehicle is used for business.** | - | 0.00 |

Sub-Total >  442,470.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Castle-Rose, Inc.**                                     ,       Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2005 McKenzie Rogue RV** <br> **Market value $10,000.00. Vehicle is solely in the names of Richard and Caryl Masters, but vehicle is used for business.** | - | 0.00 |
| | | **2006 Kubota RTV** <br> **Market value $7,500.00. Vehicle is solely in the name of Andrew Masters, but vehicle is used for business.** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. Office Equipment, Furnishings and Supplies** | - | 4,750.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Vibratory Screen $4,500.00** <br> **12' Conveyor $600.00** <br> **Gold Claimer / Processor $1,200.00** | - | 6,300.00 |
| | | **2006 Takeuchi Excavator** <br> **Market value $10,000.00. Equipment is solely in the name of Andrew Masters, but equipment is used for business.** | - | 0.00 |
| | | **Pallet Jack** | - | 100.00 |
| | | **Misc. Tools** | - | 2,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Contract for work in Los Angeles, CA which will potentially gross approximately $100,000.00** | - | 0.00 |
| | | **Contract for work in Spokane, WA which will potentially gross approximately $300,000.00** | - | 0.00 |

|  | Sub-Total > | 13,650.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 501,595.00 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Castle-Rose, Inc.**                    ,      Case No. _____

                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0722** <br><br> **Columbia Bank** <br> **PO Box 1757** <br> **Tacoma, WA 98401-1757** | X | - | Security Agreement <br><br> See Attachment <br><br><br> Value $          1,256,638.00 | | | | 151,684.00 | 0.00 |
| Account No. <br><br> **Financial Pacific Leasing** <br> **3455 S 344th Way #300** <br> **Auburn, WA 98001** | X | - | Late Charges and Fees on Expired Lease <br><br> Vibratory Screen $4,500.00 <br> 12' Conveyor $600.00 <br> Gold Claimer / Processor $1,200.00 <br> Value $          6,300.00 | | | | 5,284.00 | 0.00 |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

| | |
|---|---|
| **0**   continuation sheets attached | Subtotal <br> (Total of this page) |

| Subtotal (Total of this page) | 156,968.00 | 0.00 |
|---|---|---|
| Total (Report on Summary of Schedules) | 156,968.00 | 0.00 |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### Attachment A

Collateral for Columbia Bank loan is as follows:

| | | |
|---|---|---|
| Debtor's Personal Property | $501,595.00 | (Senior lien of $5,284.00) |
| 2006 Kubota RTV | $7,500.00 | |
| 2006 Takeuchi Excavator | $10,000.00 | |
| 2005 McKenzie Rogue RV | $10,000.00 | |
| 849 Woodpecker Dr., Kelso, WA 98626* | $329,579.00 | (Per Zillow.com; senior lien(s) of $396,528.00) |
| 870 Woodpecker Dr., Kelso, WA 98626* | $398,066.00 | (Per Zillow.com; senior lien(s) of $254,104.00) |
| | | |
| Total Market Value | $1,256,740.00 | |

*Properties owned by Andrew and Ella Masters, who are solely liable for the senior liens*

In re **Castle-Rose, Inc.**
,
Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** continuation sheets attached

In re __Castle-Rose, Inc._____,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

<div align="right">

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

</div>

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 - 2014 | | | | | |
| IRS Special Procedures PO Box 7346 Philadelphia, PA 19101-7346 | - | | Income Tax | | | | | 0.00 |
| | | | | | | | **19,963.00** | **19,963.00** |
| Account No. | | | | | | | | |
| Attorney General of US Dept of Justice 950 Pennsylvania Ave NW Room B103 Washington, DC 20530-0001 | | | Representing: IRS Special Procedures | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| US Attorney 700 Stewart Street Suite 5220 Seattle, WA 98101-1271 | | | Representing: IRS Special Procedures | | | | **Notice Only** | |
| Account No. | | | 2nd Quarter 2014 | | | | | |
| WA Dept. of Revenue PO Box 1648 Vancouver, WA 98668-1648 | - | | Income Tax | | | | | 0.00 |
| | | | | | | | **902.00** | **902.00** |
| Account No. | | | 3rd Quarter 2013 and 1st Quarter 2014 | | | | | |
| WA State Dept. of L&I PO Box 44000 Olympia, WA 98504-4000 | - | | L&I Tax | | | | | 0.00 |
| | | | | | | | **2,062.00** | **2,062.00** |

Sheet __1___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | **22,927.00**    **22,927.00** |

In re __Castle-Rose, Inc._____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WA State Employment Security**<br>**PO Box 9046**<br>**Olympia, WA 98507** | - | | **4th Quarter 2013 and 2nd Quarter 2014**<br><br>**Unemployment Tax** | | | | 1,492.00 | 0.00 | 1,492.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 | |
|---|---|---|---|
|  | (Total of this page) | 1,492.00 | 1,492.00 |
|  | Total | 0.00 | |
|  | (Report on Summary of Schedules) | 24,419.00 | 24,419.00 |

In re __Castle-Rose, Inc._____, Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **AGC Education Foundation** <br> **1200 Westlake Ave. N #201** <br> **Seattle, WA 98109** | | - | | | Services | | | | 300.00 |
| Account No. <br><br> **All Out Sewer & Drain Service** <br> **3303-D Washington Way** <br> **Longview, WA 98632** | | - | | | Services | | | | 932.00 |
| Account No. <br><br> **AMEC Environment & Infrastructure** <br> **24376 Network Pl.** <br> **Chicago, IL 60673-1376** | | - | | | Services | | | | 4,637.00 |
| Account No. <br><br> **Anderson Environmental** <br> **705 Colorado St.** <br> **Kelso, WA 98626** | | - | | | Services | | | | 115,199.00 |
| __17__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 121,068.00 |

In re  **Castle-Rose, Inc.** ,                                      Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Applied Industrial Technologies PO Box 100538 Pasadena, CA 91189-0538** | - | | | | | | 800.00 |
| Account No. | | | Charges | | | | |
| **Applied Industrial Technologies c/o Revenue Group 4780 Hinckley Industrial Pkwy. #200 Cleveland, OH 44109** | - | | | | | | 800.00 |
| Account No. | | | Services | | | | |
| **Axis Crane PO Box 325 Wilsonville, OR 97070** | - | | | | | | 806.00 |
| Account No. | | | Representing: Axis Crane | | | | |
| **Stephen Bernheim 512 Bell St. Edmonds, WA 98020-3147** | | | | | | | Notice Only |
| Account No. | | | Charges | | | | |
| **Banner Furnace 122 N Helena St. Spokane, WA 99202-0346** | - | | | | | | 352.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   2,758.00

In re **Castle-Rose, Inc.**
,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Charges | | | | |
| Best Western Plus - Pasco Inn & Suites 2811 N 20th Ave. Pasco, WA 99301 | - | | | | | | 3,965.00 |
| Account No. | | | Charges | | | | |
| Best Western Plus - Salem, OR 3125 Ryan Dr. SE Salem, OR 97301 | - | | | | | | 867.00 |
| Account No. | | | Charges | | | | |
| Best Western Plus Prairie Inn 1100 Price Rd. SE Albany, OR 97322 | - | | | | | | 1,534.00 |
| Account No. | | | Loan | | | | |
| Bill Me Later PO Box 105658 Atlanta, GA 30348 | - | | | | | | 3,771.00 |
| Account No. | | | Charges | | | | |
| BlueLine Rental 573 N Idahline Rd. Post Falls, ID 83854 | - | | | | | | 2,634.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,771.00

In re **Castle-Rose, Inc.** ,                    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Bulldog On-Site Services**<br>**618 D St. Ste. C**<br>**Lewiston, ID 83501** | | - | | | | | 295.00 |
| Account No. | | | Services | | | | |
| **Burke Electric**<br>**13563 SE 27th Pl.**<br>**Bellevue, WA 98005** | | - | | | | | 91,189.00 |
| Account No. | | | Services | | | | |
| **Busack Electric**<br>**PO Box 1579**<br>**Kelso, WA 98626** | X | - | | | | | 13,152.00 |
| Account No. | | | Representing:<br>**Busack Electric** | | | | |
| **Walstead Mertsching PS**<br>**Civic Center Building, Third Floor**<br>**1700 Hudson St.**<br>**PO Box 1549**<br>**Longview, WA 98632** | | | | | | | Notice Only |
| Account No. | | | Credit Charges | | | | |
| **Capital One**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | X | - | | | | | 2,320.00 |

Sheet no. __3___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            106,956.00

In re **Castle-Rose, Inc.** _____,  Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3166**<br><br>**Capital One Platinum**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | X | - | Credit Charges | | | | 6,158.00 |
| Account No. **xxxx-xxxx-xxxx-3690**<br><br>**Chase Visa**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | X | - | Credit Charges | | | | 12,214.00 |
| Account No.<br><br>**Clean Sweep**<br>**PO Box 285**<br>**Seaside, OR 97138** | | - | Services ($364.00) | | | X | 0.00 |
| Account No.<br><br>**Comcast**<br>**PO Box 34227**<br>**Seattle, WA 98124** | | - | Internet and Phone Service | | | | 530.00 |
| Account No.<br><br>**Comfort Suites - Springfield, OR**<br>**969 Kruse Way**<br>**Idleyld Park, OR 97447** | | - | Charges | | | | 984.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **19,886.00**

In re __Castle-Rose, Inc._____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Charges | | | | |
| Comfort Suites Airport 2906 Vista Ave. Boise, ID 83705 | - | | | | | | | 1,129.00 |
| Account No. | | | | Charges | | | | |
| D&D Door 8421 N Columbia Blvd. Portland, OR 97203 | - | | | | | | | 2,033.00 |
| Account No. | | | | Services (Partially disputed. Creditor claims $28,935.00.) | | | X | |
| Edwards Mechanical & Welding 1024 University St. Walla Walla, WA 99362 | - | | | | | | | 16,429.00 |
| Account No. | | | | Representing: Edwards Mechanical & Welding | | | | |
| Professional Service Bureau 33 E Main St. Walla Walla, WA 99362 | | | | | | | | Notice Only |
| Account No. | | | | Charges | | | | |
| Entek Corporation 1021 Columbia Blvd. Longview, WA 98632 | - | | | | | | | 689.00 |

Sheet no. __5___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20,280.00**

In re  **Castle-Rose, Inc.**                                                                    ,  Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Charges | | | | |
| **Eoff Electric Supply** **2950 22nd St. SE** **Salem, OR 97302-1565** | - | | | | | | 1,353.00 |
| Account No. | | | | | | | |
| **NACM Oregon** **Collection Dept.** **7931 NE Halsey St. #200** **Portland, OR 97213** | | | Representing: Eoff Electric Supply | | | | Notice Only |
| Account No. | | | Services | | | | |
| **Evergreen Tree Experts** **PO Box 4142** **Spanaway, WA 98387** | - | | | | | | 1,153.00 |
| Account No. | | | Charges | | | | |
| **Exair Corporation** **Location 00766** **Cincinnati, OH 45264-0766** | - | | | | | | 747.00 |
| Account No. | | | Services | | | | |
| **Global Pacific Environmental, Inc.** **PO Box 2759** **Vancouver, WA 98668** | - | | | | | | 825.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,078.00**

In re **Castle-Rose, Inc.** _____ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Charges | | | | |
| **Hertz Equipment Rental** **PO Box 650280** **Dallas, TX 75265** | - | | | | | | **31,282.00** |
| Account No. | | | Representing: **Hertz Equipment Rental** | | | | |
| **Hertz Equipment Rental** **PO Box 650280** **Dallas, TX 75265** | | | | | | | **Notice Only** |
| Account No. | | | Charges | | | | |
| **Holiday Inn Express - Walla Walla** **1433 W Pine St.** **Walla Walla, WA 99362** | - | | | | | | **3,887.00** |
| Account No. | | | Credit Charges | | | | |
| **Home Depot Credit Card** **PO Box 790328** **Saint Louis, MO 63179** | X - | | | | | | **3,673.00** |
| Account No. | | | Bond | | | | |
| **Kibble & Prentice, USI Co.** **PO Box 370** **Seattle, WA 98111** | - | | | | | | **979.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **39,821.00**

In re **Castle-Rose, Inc.** ,                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kramer Gehlen & Assoc.** <br>**400 Columbia St. #240** <br>**Vancouver, WA 98660-3413** | - | | Precautionary | | | | 0.00 |
| Account No. <br><br> **Les Schwab** <br>**1420 Industrial Way** <br>**Longview, WA 98632** | - | | Services | | | | 324.00 |
| Account No. <br><br> **Discovery Financial Services** <br>**9707 NE 54th St. Ste. A** <br>**Vancouver, WA 98662** | | | Representing: <br>Les Schwab | | | | Notice Only |
| Account No. <br><br> **Meier Architecture Engineering** <br>**8697 W Gage Blvd.** <br>**Kennewick, WA 99336** | - | | Services | | | | 30,713.00 |
| Account No. <br><br> **Modern Machinery** <br>**PO Box 16660** <br>**Missoula, MT 59808** | - | | Services | | | | 3,679.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,716.00

In re **Castle-Rose, Inc.** _____, Case No. _____
_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Loan | | | | |
| **Money Tree** **923 Ocean Beach Hwy.** **Longview, WA 98632** | | - | | | | | | **10,000.00** |
| Account No. | | | | Charges | | | | |
| **National Construction Rentals** **PO Box 4503** **Pacoima, CA 91333-4503** | | - | | | | | | **425.00** |
| Account No. | | | | Services | | | | |
| **Nixon Enterprises** **PO Box 531** **Winlock, WA 98596** | | - | | | | | | **3,321.00** |
| Account No. | | | | Bond Claim | | | | |
| **North American Specialty Insurance** **475 N Martingale Rd. #850** **Schaumburg, IL 60173** | X | - | | | | | | **26,000.00** |
| Account No. | | | | Representing: **North American Specialty Insurance** | | | | |
| **Wadsworth Electric** **PO Box 746** **Astoria, OR 97103** | | | | | | | | **Notice Only** |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **39,746.00**

In re __Castle-Rose, Inc._____,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Bond Claim | | | | |
| **North American Specialty Insurance** **475 N Martingale Rd. #850** **Schaumburg, IL 60173** | X | - | | | | | | **46,438.00** |
| Account No. | | | | Representing: **North American Specialty Insurance** | | | | |
| **Matheson Painting** **615 S Oregon Ave.** **Pasco, WA 99301** | | | | | | | | **Notice Only** |
| Account No. | | | | Services | | | | |
| **Northwest Electrical Contracting** **PO Box 61586** **Vancouver, WA 98666** | | - | | | | | | **3,108.00** |
| Account No. | | | | Services | | | | |
| **Northwest Inspection Services** **615 N Kellogg St.** **Kennewick, WA 99336** | | - | | | | | | **7,260.00** |
| Account No. | | | | Judgment | | | | |
| **NVL Laboratories** **4708 Aurora Ave. N** **Seattle, WA 98103** | | - | | | | | | **12,462.00** |

Sheet no. __10__ of __17__ sheets attached to Schedule of                    Subtotal                **69,268.00**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

In re **Castle-Rose, Inc.** _____, Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Amy Funchess** **1818 Westlake Ave. N #112** **Seattle, WA 98112** | | | Representing: NVL Laboratories | | | | **Notice Only** |
| Account No. | | | Charges | | | | |
| **Oxarc Inc.** **PO Box 2605** **Spokane, WA 99220-2605** | | - | | | | | **373.00** |
| Account No. | | | Services | | | | |
| **Piliero Mazza, Attorneys at Law** **888 17th St. NW #1100** **Washington, DC 20006** | | - | | | | | **5,924.00** |
| Account No. | | | Services | | | | |
| **Pinnell-Busch, Inc.** **6420 SW Macadam Ave. #3** **Portland, OR 97239** | | - | | | | | **7,936.00** |
| Account No. | | | Services | | | | |
| **PSI Professional Service Industries** **7192 Solution Center** **Chicago, IL 60677** | | - | | | | | **1,404.00** |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,637.00**

In re **Castle-Rose, Inc.**                                         ,        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Brennan & Clark 721 E Madison #200 Villa Park, IL 60181** | | | Representing: **PSI Professional Service Industries** | | | | **Notice Only** |
| Account No. **Quill PO Box 37600 Philadelphia, PA 19101** | - | | Charges | | | | **285.00** |
| Account No. **Red Built PO Box 88652 Chicago, IL 60680-1652** | - | | Services | | | | **1,221.00** |
| Account No. **Rohn Products, LLC PO Box 5999 Peoria, IL 61601-5999** | - | | Services | | | | **3,400.00** |
| Account No. **Hasselberg et al. 124 SW Adams St. #360 Peoria, IL 61602** | | | Representing: **Rohn Products, LLC** | | | | **Notice Only** |

Sheet no. __12__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **4,906.00**

In re  **Castle-Rose, Inc.**                                     ,      Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Services | | | | |
| **Safeway Services**<br>**2000 Century Way**<br>**Boise, ID 83709** | | | | | | | **6,317.00** |
| Account No. | | | Representing:<br>Safeway Services | | | | |
| **J. Michael Lovejoy**<br>**PO Box 25340**<br>**Seattle, WA 98165** | | | | | | | **Notice Only** |
| Account No. | | | Representing:<br>Safeway Services | | | | |
| **Wagner, Falconer & Judd**<br>**1700 IDS Center**<br>**85 S 8th St.**<br>**Minneapolis, MN 55402-2110** | | | | | | | **Notice Only** |
| Account No. | X | - | Judgment | | | | |
| **Saybr Contractors**<br>**3852 S 66th St.**<br>**Tacoma, WA 98409** | | | | | | | **262,420.00** |
| Account No. | | | Representing:<br>Saybr Contractors | | | | |
| **Pacifica Law Group LLP**<br>**1191 Second Ave. #2160**<br>**Seattle, WA 98101** | | | | | | | **Notice Only** |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **268,737.00**

In re  **Castle-Rose, Inc.** _____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Charges | | | | |
| **Sierra Springs** **802 NE Davis St.** **Portland, OR 97232-2932** | - | | | | | | 478.00 |
| Account No. | | | Representing: Sierra Springs | | | | |
| **Collection Bureau of America** **25954 Eden Landing Rd.** **Hayward, CA 94545-3816** | | | | | | | **Notice Only** |
| Account No. | | | Attorney Fees | | | | |
| **Slinde Nelson Attorneys** **US Bancorp Tower** **111 SW 5th Ave. #1740** **Portland, OR 97204** | - | | | | | | 525.00 |
| Account No. | | | Services | | | | |
| **SME Solutions, LLC** **2302 A St.** **Tacoma, WA 98402** | - | | | | | | 64,786.00 |
| Account No. | | | Representing: SME Solutions, LLC | | | | |
| **Dennis J. Perkins** **121 Third Ave.** **PO Box 968** **Kirkland, WA 98083** | | | | | | | **Notice Only** |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **65,789.00**

In re **Castle-Rose, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Charges | | | | |
| Star Rentals PO Box 3875 Seattle, WA 98124 | X | - | | | | | | | 1,156.00 |
| Account No. | | | | | Representing: Star Rentals | | | | |
| Young DeNormandie PC Second & Seneca Building 1191 Second Ave. #1901 Seattle, WA 98101 | | | | | | | | | Notice Only |
| Account No. | | | | | Charges | | | | |
| Sunbelt Rentals PO Box 409211 Atlanta, GA 30384 | | - | | | | | | | 10,279.00 |
| Account No. | | | | | Services | | | | |
| T&T Tire, LLC 603 Ash St. Kelso, WA 98626 | | - | | | | | | | 476.00 |
| Account No. | | | | | Services | | | | |
| TESSCO Inc. 11126 McCormick Rd. Hunt Valley, MD 21031-1491 | | - | | | | | | | 6,686.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ... 18,597.00

In re **Castle-Rose, Inc.** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **J. Michael Lovejoy**<br>**PO Box 25340**<br>**Seattle, WA 98165** | | | | | Representing:<br>TESSCO Inc. | | | | **Notice Only** |
| **Account No.** | | | | | Charges | | | | |
| **The Western Group / Portland**<br>**3950 NW St. Helens Rd.**<br>**Portland, OR 97210-1423** | | - | | | | | | | **396.00** |
| **Account No.** | | | | | Services (Creditor claims $12,284.00, but debtor disputes) | | | X | |
| **U.S. Lead, Inc.**<br>**422 Magnolia St.**<br>**Winter Garden, FL 34787** | | - | | | | | | | **0.00** |
| **Account No.** | | | | | | | | | |
| **Arthur Baron**<br>**412 First St.**<br>**Menominee, MI 49858** | | | | | Representing:<br>U.S. Lead, Inc. | | | | **Notice Only** |
| **Account No.** | | | | | Services | | | | |
| **Viewpoint Construction Software**<br>**Dept. 2617**<br>**PO Box 122617**<br>**Dallas, TX 75312-2617** | | - | | | | | | | **8,386.00** |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,782.00**

In re **Castle-Rose, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Virginia Beach Resort Hotel**<br>**2800 Shore Dr.**<br>**Virginia Beach, VA 23451** | - | | | Charges | | | | 3,391.00 |
| Account No.<br><br>**Western Fabrication Center**<br>**2203 Talley Way**<br>**Kelso, WA 98626** | - | | | Services | | | | 4,596.00 |
| Account No.<br><br>**Windermere & Assoc.**<br>**209 W Main St. #200**<br>**Kelso, WA 98626** | - | | | Lease Deficiency | | | | 8,445.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 16,432.00 |
| Total (Report on Summary of Schedules) | | 870,228.00 |

In re   **Castle-Rose, Inc.**                                 Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Andrew and Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Rental Lease for Office Space at 870 Woodpecker Dr., Kelso, WA 98626**<br>**Expires 01/01/19** |
| **Redwing Development, LLC**<br>**13784 SW Fern St.**<br>**Portland, OR 97223-1514** | **Rental Lease for 3209 Old Pacific Hwy., Kelso, WA 98626**<br>**Expires 10/01/21** |
| **Richard and Caren Smith**<br>**3209 Old Pacific Hwy.**<br>**Kelso, WA 98626** | **Month-to-Month Sub-Lease for 3209 Old Pacific Hwy., Kelso, WA 98626**<br>**Expires 10/01/21** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Castle-Rose, Inc.**                         ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Andrew and Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Busack Electric**<br>**PO Box 1579**<br>**Kelso, WA 98626** |
| **Andrew and Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Saybr Contractors**<br>**3852 S 66th St.**<br>**Tacoma, WA 98409** |
| **Andrew and Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Home Depot Credit Card**<br>**PO Box 790328**<br>**Saint Louis, MO 63179** |
| **Andrew and Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173** |
| **Andrew and Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173** |
| **Andrew Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Financial Pacific Leasing**<br>**3455 S 344th Way #300**<br>**Auburn, WA 98001** |
| **Andrew Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Capital One**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** |
| **Andrew Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Columbia Bank**<br>**PO Box 1757**<br>**Tacoma, WA 98401-1757** |
| **Andrew Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Star Rentals**<br>**PO Box 3875**<br>**Seattle, WA 98124** |
| **Jason and Kimberlee Smith**<br>**849 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Saybr Contractors**<br>**3852 S 66th St.**<br>**Tacoma, WA 98409** |
| **Richard and Caryl Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Columbia Bank**<br>**PO Box 1757**<br>**Tacoma, WA 98401-1757** |

**1**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re **Castle-Rose, Inc.** _____, Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Richard and Caryl Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173** |
| **Richard and Caryl Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **North American Specialty Insurance**<br>**475 N Martingale Rd. #850**<br>**Schaumburg, IL 60173** |
| **Richard Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Financial Pacific Leasing**<br>**3455 S 344th Way #300**<br>**Auburn, WA 98001** |
| **Richard Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Chase Visa**<br>**Cardmember Service**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** |
| **Richard Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Capital One Platinum**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** |
| **Richard Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Star Rentals**<br>**PO Box 3875**<br>**Seattle, WA 98124** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Washington

In re   **Castle-Rose, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **33**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 21, 2014**

Signature   **/s/ Andrew Masters**

**Andrew Masters**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Castle-Rose, Inc.**                  Case No. _____

                                       Debtor(s)         Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,241,370.00** | **Gross Income 2012** |
| **$950,518.00** | **Gross Income 2013** |
| **$335,234.00** | **Gross Income Year-to-Date 2014** |

---

### 2. Income other than from employment or operation of business

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                       SOURCE

### 3. Payments to creditors

**None**
�■

*Complete a. or b., as appropriate, and c.*

    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐

    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Columbia Bank**<br>**PO Box 1757**<br>**Tacoma, WA 98401-1757** | **07/31/14**<br>**08/11/14**<br>**09/03/14**<br>**09/17/14** | **$11,568.00** | **$151,684.00** |

**None**
�■

    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Tessco, Inc. v. Castle-Rose, Inc.** | **Lawsuit** | **Superior Court of Washington State for**<br>**Cowlitz County** | **Pending** |
| **SME Solutions, LLC v. Castle-Rose, Inc.**<br>**Case No. 14-2-07828-1** | **Lawsuit** | **Superior Court of Washington State for**<br>**Cowlitz County** | **Pending** |
| **Star Rentals, Inc. v. Castle-Rose, Inc. and**<br>**Masters**<br>**Case No. 14-2-00383-9** | **Lawsuit** | **Superior Court of Washington State for**<br>**Cowlitz County** | **Pending** |
| **Rohn Products, LLC v. Castle-Rose, Inc.**<br>**Case No. 14-SC-808** | **Lawsuit** | **Circuit Court of Illinois State for Peoria**<br>**County** | **Pending** |
| **NVL Laboratories v. Castle-Rose, Inc.**<br>**Case No. 14-2-00161-5** | **Lawsuit** | **Superior Court of Washington State for**<br>**Cowlitz County** | **Judgment** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Busack Electric, Inc. v. Castle-Rose, Inc. Case No. 13-2-00334-2** | **Lawsuit** | **Superior Court of Washington State for Cowlitz County** | **Pending** |
| **Saybr Contractors, Inc. v. Castle-Rose, Inc. Case No. 11-2-34679-0** | **Lawsuit** | **Superior Court of Washington State for King County** | **Judgment** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Saybr Contractors 3852 S 66th St. Tacoma, WA 98409** | **09/13/13** | **Bank Account $31,725.00** |
| **BlueLine Rental 573 N Idahline Rd. Post Falls, ID 83854** | **10/18/14** | **Unauthorized Bank Account Withdrawal/Garnishment $2,634.00 (Refund Issued 10/21/14)** |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Richard S. Ross**<br>**1610 Columbia St.**<br>**Vancouver, WA 98660** | **09/29/14 - 10/15/14** | **$2,630.00**<br>**($17,370.00 Remaining**<br>**Chapter 11 Retainer)** |

## 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America** | **Checking #8610**<br>**$0.00** | **$0.00**<br>**Jan. 2014** |

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None □
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3209 Old Pacific Hwy.**<br>**Kelso, WA 98626** | **Castle-Rose, Inc.** | **Oct. 2011 - Mar. 2012** |
| **1338 Commerce Ave. #201**<br>**Longview, WA 98632** | **Castle-Rose, Inc.** | **Jan. 2008 - Sept. 2011** |

**16. Spouses and Former Spouses**

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
      the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18 . Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
      years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Castle-Rose, Inc.** | **20-3543315** | **870 Woodpecker Dr. Kelso, WA 98626** | **Environmental and Construction** | **Oct. 2005 - Present** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

## 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐     supervised the keeping of books of account and records of the debtor.

Case 14-45648-PBS    Doc 1    Filed 10/21/14    Ent. 10/21/14 14:58:40    Pg. 46 of 63

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **08/01/11 - Present** |
| **Futcher - Henry Group**<br>**700 Lincoln St. #200**<br>**Kelso, WA 98626** | **Sept. 2014 - Oct. 2014** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Ella Masters** | **870 Woodpecker Dr.**<br>**Kelso, WA 98626** |
| **Futcher - Henry Group** | **700 Lincoln St. #200**<br>**Kelso, WA 98626** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Andrew Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **President** | **49%** |
| **Richard Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Chairman** | **51%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jason Smith**<br>**849 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Vice President** | **0%** |
| **Kimberlee Smith**<br>**849 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Secretary** | **0%** |
| **Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Treasurer** | **0%** |
| **Caryl Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626** | **Assistant Secretary** | **0%** |
| **Richard Smith**<br>**3209 Old Pacific Hwy.**<br>**Kelso, WA 98626** | **Vice President of Operations** | **0%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andrew Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626**<br>   **President** | **10/01/13 - 10/21/14**<br>**Wages and Draws in Lieu of Wages** | **$49,581.00** |
| **Ella Masters**<br>**870 Woodpecker Dr.**<br>**Kelso, WA 98626**<br>   **Treasurer** | **10/01/13 - 10/21/14**<br>**Wages and Draws in Lieu of Wages** | **$12,000.00** |
| **Jason Smith**<br>**849 Woodpecker Dr.**<br>**Kelso, WA 98626**<br>   **Vice President** | **10/01/13 - 10/21/14**<br>**Wages and Draws in Lieu of Wages** | **$46,273.00** |
| **Kimberlee Smith**<br>**849 Woodpecker Dr.**<br>**Kelso, WA 98626**<br>   **Secretary** | **10/01/13 - 10/21/14**<br>**Wages and Draws in Lieu of Wages** | **$13,529.00** |
| **Richard Smith**<br>**3209 Old Pacific Hwy.**<br>**Kelso, WA 98626**<br>   **Vice President of Operations** | **10/01/13 - 10/21/14**<br>**Wages and Draws in Lieu of Wages** | **$50,312.00** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Richard Smith, Jr.** **3209 Old Pacific Hwy.** **Kelso, WA 98626**    **Laborer** | **10/01/13 - 10/21/14** **Wages and Draws in Lieu of Wages** | **$6,247.00** |
| **Joshua Wright**    **Former Employee** | **10/01/13 - 10/21/14** **Wages** | **$3,565.00** |
| **Rachel Masters**    **Former Employee** | **10/01/13 - 10/21/14** **Bonus** | **$460.00** |
| **Wayne Delaney**    **Former Employee** | **10/01/13 - 10/21/14** **Wages and Bonus(es)** | **$1,618.00** |
| **Ryan Beach**    **Former Employee** | **10/01/13 - 10/21/14** **Wages and Bonus(es)** | **$4,717.00** |
| **Scott Getscher**    **Former Employee** | **10/01/13 - 10/21/14** **Wages and Bonus(es)** | **$9,582.00** |
| **Donald Torgerson**    **Former Employee** | **10/01/13 - 10/21/14** **Wages** | **$4,353.00** |
| **Harry Hackett**    **Former Employee** | **10/01/13 - 10/21/14** **Wages** | **$465.00** |
| **Lorne Beach**    **Former Employee** | **10/01/13 - 10/21/14** **Wages** | **$3,755.00** |

---

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                   TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date __**October 21, 2014**_____          Signature    __**/s/ Andrew Masters**_____
                                                                           **Andrew Masters**
                                                                           **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Western District of Washington

In re    **Castle-Rose, Inc.**                        ,      Case No. _____

                                              Debtor      Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Masters** **870 Woodpecker Dr.** **Kelso, WA 98626** | **Member** | **49%** | **Member** |
| **Richard Masters** **870 Woodpecker Dr.** **Kelso, WA 98626** | **Member** | **51%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **October 21, 2014** _____      Signature _**/s/ Andrew Masters**_____

                                                                   **Andrew Masters**
                                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re    **Castle-Rose, Inc.**        Case No. _____

                 Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 21, 2014** _____      **/s/ Andrew Masters** _____

                                          **Andrew Masters/President**
                                          Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

AGC Education Foundation
1200 Westlake Ave. N #201
Seattle WA 98109


All Out Sewer & Drain Service
3303-D Washington Way
Longview WA 98632


AMEC Environment & Infrastructure
24376 Network Pl.
Chicago IL 60673-1376


Amy Funchess
1818 Westlake Ave. N #112
Seattle WA 98112


Anderson Environmental
705 Colorado St.
Kelso WA 98626


Andrew and Ella Masters
870 Woodpecker Dr.
Kelso WA 98626


Andrew Masters
870 Woodpecker Dr.
Kelso WA 98626


Applied Industrial Technologies
PO Box 100538
Pasadena CA 91189-0538


Applied Industrial Technologies
c/o Revenue Group
4780 Hinckley Industrial Pkwy. #200
Cleveland OH 44109


Arthur Baron
412 First St.
Menominee MI 49858

Attorney General of US
Dept of Justice
950 Pennsylvania Ave NW
Room B103
Washington DC 20530-0001


Axis Crane
PO Box 325
Wilsonville OR 97070


Banner Furnace
122 N Helena St.
Spokane WA 99202-0346


Best Western Plus - Pasco Inn & Suites
2811 N 20th Ave.
Pasco WA 99301


Best Western Plus - Salem, OR
3125 Ryan Dr. SE
Salem OR 97301


Best Western Plus Prairie Inn
1100 Price Rd. SE
Albany OR 97322


Bill Me Later
PO Box 105658
Atlanta GA 30348


BlueLine Rental
573 N Idahline Rd.
Post Falls ID 83854


Brennan & Clark
721 E Madison #200
Villa Park IL 60181


Bulldog On-Site Services
618 D St. Ste. C
Lewiston ID 83501


Burke Electric
13563 SE 27th Pl.
Bellevue WA 98005

Busack Electric
PO Box 1579
Kelso WA 98626


Capital One
Capital One Bank
PO Box 60599
City of Industry CA 91716-0599


Capital One Platinum
Capital One Bank
PO Box 60599
City of Industry CA 91716-0599


Chase Visa
Cardmember Service
PO Box 94014
Palatine IL 60094-4014


Clean Sweep
PO Box 285
Seaside OR 97138


Collection Bureau of America
25954 Eden Landing Rd.
Hayward CA 94545-3816


Columbia Bank
PO Box 1757
Tacoma WA 98401-1757


Comcast
PO Box 34227
Seattle WA 98124


Comfort Suites - Springfield, OR
969 Kruse Way
Idleyld Park OR 97447


Comfort Suites Airport
2906 Vista Ave.
Boise ID 83705

D&D Door
8421 N Columbia Blvd.
Portland OR 97203


Dennis J. Perkins
121 Third Ave.
PO Box 968
Kirkland WA 98083


Discovery Financial Services
9707 NE 54th St. Ste. A
Vancouver WA 98662


Edwards Mechanical & Welding
1024 University St.
Walla Walla WA 99362


Entek Corporation
1021 Columbia Blvd.
Longview WA 98632


Eoff Electric Supply
2950 22nd St. SE
Salem OR 97302-1565


Evergreen Tree Experts
PO Box 4142
Spanaway WA 98387


Exair Corporation
Location 00766
Cincinnati OH 45264-0766


Financial Pacific Leasing
3455 S 344th Way #300
Auburn WA 98001


Global Pacific Environmental, Inc.
PO Box 2759
Vancouver WA 98668


Hasselberg et al.
124 SW Adams St. #360
Peoria IL 61602

Hertz Equipment Rental
PO Box 650280
Dallas TX 75265


Holiday Inn Express - Walla Walla
1433 W Pine St.
Walla Walla WA 99362


Home Depot Credit Card
PO Box 790328
Saint Louis MO 63179


IRS Special Procedures
PO Box 7346
Philadelphia PA 19101-7346


J. Michael Lovejoy
PO Box 25340
Seattle WA 98165


Jason and Kimberlee Smith
849 Woodpecker Dr.
Kelso WA 98626


Kibble & Prentice, USI Co.
PO Box 370
Seattle WA 98111


Kramer Gehlen & Assoc.
400 Columbia St. #240
Vancouver WA 98660-3413


Les Schwab
1420 Industrial Way
Longview WA 98632


Matheson Painting
615 S Oregon Ave.
Pasco WA 99301


Meier Architecture Engineering
8697 W Gage Blvd.
Kennewick WA 99336

Modern Machinery
PO Box 16660
Missoula MT 59808


Money Tree
923 Ocean Beach Hwy.
Longview WA 98632


NACM Oregon
Collection Dept.
7931 NE Halsey St. #200
Portland OR 97213


National Construction Rentals
PO Box 4503
Pacoima CA 91333-4503


Nixon Enterprises
PO Box 531
Winlock WA 98596


North American Specialty Insurance
475 N Martingale Rd. #850
Schaumburg IL 60173


Northwest Electrical Contracting
PO Box 61586
Vancouver WA 98666


Northwest Inspection Services
615 N Kellogg St.
Kennewick WA 99336


NVL Laboratories
4708 Aurora Ave. N
Seattle WA 98103


Oxarc Inc.
PO Box 2605
Spokane WA 99220-2605


Pacifica Law Group LLP
1191 Second Ave. #2160
Seattle WA 98101

Piliero Mazza, Attorneys at Law
888 17th St. NW #1100
Washington DC 20006


Pinnell-Busch, Inc.
6420 SW Macadam Ave. #3
Portland OR 97239


Professional Service Bureau
33 E Main St.
Walla Walla WA 99362


PSI Professional Service Industries
7192 Solution Center
Chicago IL 60677


Quill
PO Box 37600
Philadelphia PA 19101


Red Built
PO Box 88652
Chicago IL 60680-1652


Redwing Development, LLC
13784 SW Fern St.
Portland OR 97223-1514


Richard and Caren Smith
3209 Old Pacific Hwy.
Kelso WA 98626


Richard and Caryl Masters
870 Woodpecker Dr.
Kelso WA 98626


Richard Masters
870 Woodpecker Dr.
Kelso WA 98626


Rohn Products, LLC
PO Box 5999
Peoria IL 61601-5999

Safeway Services
2000 Century Way
Boise ID 83709


Saybr Contractors
3852 S 66th St.
Tacoma WA 98409


Sierra Springs
802 NE Davis St.
Portland OR 97232-2932


Slinde Nelson Attorneys
US Bancorp Tower
111 SW 5th Ave. #1740
Portland OR 97204


SME Solutions, LLC
2302 A St.
Tacoma WA 98402


Star Rentals
PO Box 3875
Seattle WA 98124


Stephen Bernheim
512 Bell St.
Edmonds WA 98020-3147


Sunbelt Rentals
PO Box 409211
Atlanta GA 30384


T&T Tire, LLC
603 Ash St.
Kelso WA 98626


TESSCO Inc.
11126 McCormick Rd.
Hunt Valley MD 21031-1491


The Western Group / Portland
3950 NW St. Helens Rd.
Portland OR 97210-1423

```
U.S. Lead, Inc.
422 Magnolia St.
Winter Garden FL 34787


US Attorney
700 Stewart Street
Suite 5220
Seattle WA 98101-1271


Viewpoint Construction Software
Dept. 2617
PO Box 122617
Dallas TX 75312-2617


Virginia Beach Resort Hotel
2800 Shore Dr.
Virginia Beach VA 23451


WA Dept. of Revenue
PO Box 1648
Vancouver WA 98668-1648


WA State Dept. of L&I
PO Box 44000
Olympia WA 98504-4000


WA State Employment Security
PO Box 9046
Olympia WA 98507


Wadsworth Electric
PO Box 746
Astoria OR 97103


Wagner, Falconer & Judd
1700 IDS Center
85 S 8th St.
Minneapolis MN 55402-2110


Walstead Mertsching PS
Civic Center Building, Third Floor
1700 Hudson St.
PO Box 1549
Longview WA 98632
```

Western Fabrication Center
2203 Talley Way
Kelso WA 98626


Windermere & Assoc.
209 W Main St. #200
Kelso WA 98626


Young DeNormandie PC
Second & Seneca Building
1191 Second Ave. #1901
Seattle WA 98101

# United States Bankruptcy Court
## Western District of Washington

In re   **Castle-Rose, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Castle-Rose, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 21, 2014**

Date

**/s/ Richard S. Ross WSB No.**

**Richard S. Ross WSB No. 21883**

Signature of Attorney or Litigant

Counsel for   **Castle-Rose, Inc.**

**Law Office of Richard S. Ross**

**1610 Columbia St.**
**Vancouver, WA 98660**
**(360) 699-1400**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy